of the State of Oregon. April 15, 1919.. Docketed and dismissed with costs, on motion of *Mr. Will R. King* for defendants in error. No one opposing.

---

No. 328. JAMES A. MURRAY *v.* KENTUCKY TRACTION & TERMINAL COMPANY. Error to the Circuit Court of Franklin County, State of Kentucky. April 21, 1919. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. T. L. Edelen* for plaintiff in error. No appearance for defendant in error.

---

No. 999. ELIZABETH A. PENDLETON, ADMINISTRATRIX OF WILLIAM BAILEY, DECEASED, *v.* UNITED STATES. Appeal from the Court of Claims. April 28, 1919. Docketed and dismissed, on motion of *The Solicitor General* for the United States. No one opposing.

---

No. 366. OCCIDENTAL CONSTRUCTION COMPANY *v.* UNITED STATES. Error to the Circuit Court of Appeals for the Ninth Circuit. April 30, 1919. Dismissed, on authority of counsel for plaintiff in error. *Mr. Charles E. Dow* for plaintiff in error. *The Attorney General* and *The Solicitor General* for the United States.